CR-08-590-CW

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA Chinhayi J. Coleman

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ RAMON MARTINEZ-ALVARADO

DISTRICT COURT NUMBER
CR08-590   CW

E-filing

---- DEFENDANT ----
IS **NOT** IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND** CR08-590 **CW**

UNITED STATES OF AMERICA,

**V.**

RAMON MARTINEZ-ALVARADO,

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

DEFENDANT.

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States

A true bill.

Foreman

Filed in open court this 3rd day of
SEPT. 2008

Clerk

Bail, $ No process.
9-3-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

SEP - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-590 CW |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| RAMON MARTINEZ-ALVARADO, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

1. Prior to July 17, 2004, the defendant, RAMON MARTINEZ-ALVARADO, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about July 17, 2004, the defendant, RAMON MARTINEZ-ALVARADO, was removed, excluded, and deported from the United States.

3. After July 17, 2004, the defendant, RAMON MARTINEZ-ALVARADO, knowingly and voluntarily reentered and remained in the United States.

4. On or about August 18, 2008, in the Northern District of California, the defendant, RAMON MARTINEZ-ALVARADO, an alien, was found in the United States

INDICTMENT

1  without having obtained the express consent of the Attorney General or the Secretary of the
2  Department of Homeland Security to apply for re-admission into the United States, in violation
3  of Title 8, United States Code, Sections 1326(a) and (b).
4
5  DATED: September 3, 2008                           A TRUE BILL.
6
7                                                    _____
8                                                    FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney
10
11 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
12
   (Approved as to form: _____)
13                       AUSA Chinhayi J. Coleman
14
...
28

INDICTMENT